UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **DONALD KEITH RUNNELS** | **CIVIL ACTION NO. 19-0178** |
| | **SECTION P** |
| **VERSUS** | |
| | **JUDGE TERRY A. DOUGHTY** |
| **GOVERNOR EDWARDS** | **MAG. JUDGE KAREN L. HAYES** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the instant proceeding is **DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction.

**IT IS FURTHER ORDERED** that Petitioner's "Ex Parte Motion for Service of Summons" [Doc. No. 4] and his motion for evidentiary hearing [Doc. No. 18] are **DENIED AS MOOT**.

MONROE, LOUISIANA, this 17th day of April, 2019.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE